UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

Plaintiff,

v.

JULIA CAMPINS, et al.,

Defendants.

Case No. 26-cv-01239-SK

**ORDER ON REQUEST FOR EXTENSION AND PACER FEES**

Regarding Docket Nos. 16, 17

On April 7, 2026, the Court granted Plaintiff's request for an extension.  (Dkt. No. 15.) Later that day, Plaintiff filed another almost identical request.  Because the Court already granted that request, the Court DENIES Plaintiff's request for an extension as MOOT.  (Dkt. No. 16.)

Plaintiff also moves for an exemption of the Public Access to Court Electronic Records (PACER) fees.  Courts may exempt individuals or groups from payment of PACER fees but should not exempt anyone who has the ability to pay such fees.  See https://pacer.uscourts.gov/pacer-pricing-how-fees-work.  Because the Court has already determined that Plaintiff is indigent and unable to pay the filing fees in this action, the Court also finds that a fee exemption is necessary to avoid an unreasonable burden and to promote public access to information.

Accordingly, the Court GRANTS Plaintiff's request for a PACER fee exemption.  This exemption is limited to fees incurred for accessing documents filed in this case and will expire

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

when the proceedings in this case, including any appeals, are concluded.  Plaintiff must not sell or transfer any data obtained using this exemption unless expressly authorized by the Court.

**IT IS SO ORDERED**.

Dated: May 5, 2026



SALLIE KIM
United States Magistrate Judge