UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

        Plaintiff,

        v.

JULIA CAMPINS, et al.,

        Defendants.

Case No. 26-cv-01239-SK

**ORDER TO SHOW CAUSE**

An initial Case Management Conference was scheduled in this case for May 11, 2026 at 1:30 p.m. (Dkt. No. 3.) Plaintiff's case management statement was due to be filed by no later than May 4, 2026. Plaintiff failed to file a case management statement. The Court held the Case Management Conference on May 11, 2026, but Plaintiff failed to appear. Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE in writing why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause ("OSC") by no later than May 29, 2026. Plaintiff is admonished that if he fails to respond to this OSC by May 29, 2026, the Court will prepare a report and recommendation to dismiss this case for failure to prosecute and will have this case reassigned to a district judge. The Court will reset the Case Management Conference, if necessary, at a later date.

Additionally, the Court notes that on April 30, 2026, the Court received notice that a notice sent to Plaintiff had been returned as undeliverable. (Dkt. No. 19.) Civil Local Rule 3-11 provides that "a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." Pursuant to the same rule, the Court "may, without prejudice, dismiss a complaint or strike an answer when: (1) Mail directed to the […] pro se party by the

United States District Court
Northern District of California

Court has been returned to the Court as not deliverable; and (2) The Court fails to receive within 60 days of this return a written communication from the […] pro se party indicating a current address." Plaintiff is admonished that his failure to timely file and serve a Notice of Change of Address will also lead to the Court preparing a report and recommendation to dismiss this case for failure to prosecute and have this case reassigned to a district judge.

The Court ADVISES Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: May 12, 2026

SALLIE KIM
United States Magistrate Judge

2